District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Aaron Chung,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DUSA PHARMACEUTICALS, INC., a New Jersey Corporation,<br><br>　　　　　　　Defendant. | CASE NO. 16-CV-1614-JLR<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~] ORDER |

The United States has filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, in which the government seeks a six month extension of time, from December 13, 2018 to June 13, 2019 in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time . . .." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until June 13, 2019 to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall

[PROPOSED] ORDER - 1
(CASE NO: 16-CV-1614-JLR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 13th day of December, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge

Presented by:

*[signature]*

KAYLA C. STAHMAN, CABA # 228931
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: kayla.stahman@udsdoj.gov

[PROPOSED] ORDER - 2
(CASE NO: 16-CV-1614-JLR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970