1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
Aaron Chung,

Plaintiff,

v.

DUSA PHARMACEUTICALS, INC., a New
Jersey Corporation,

Defendant.

CASE NO.  16-CV-1614-JLR

**FILED UNDER SEAL**

[~~PROPOSED~~] **ORDER**

The United States has filed an ex *parte* Application for an for an order partially lifting the seal in this case so that it may, at its discretion, (a) inform Defendant of the existence of this *qui tam* action and (b) provide Defendant with a copy of the Complaint.  The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the Governmental Entities' investigation and possible resolution of this matter.

Accordingly, it is hereby ORDERED that the United States' *Ex Parte* Application for Partial Lifting of Seal shall be granted in order that the United States, in its discretion, may disclose the existence of this *qui tam* action and provide a copy of the Complaint to Defendant.  The Clerk shall

[PROPOSED] ORDER - 1
(CASE NO: 16-CV-1614-JLR)
FILED UNDER SEAL

1  otherwise maintain the Complaint and other filings under seal for the duration of the United States'

2  investigation or until otherwise ordered by the Court.

3

4        DATED this 14th day of ___August___, 2019.

5

6                                        _____
                                              JAMES L. ROBART
7                                             United States District Judge

8  Presented by:

9

   s/ Kayla C. Stahman
10 KAYLA C. STAHMAN, CABA # 228931
   Assistant United States Attorney
11 United States Attorney's Office
   Western District of Washington
12 700 Stewart Street, Suite 5220
   Seattle, WA  98101-1271
13 Phone:  206-553-7970
   Fax:  206-553-4073
14 E-mail:  kayla.stahman@udsdoj.gov

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER - 2                                    UNITED STATES ATTORNEY
(CASE NO: 16-CV-1614-JLR)                              700 STEWART STREET, SUITE 5220
FILED UNDER SEAL                                        SEATTLE, WASHINGTON 98101
                                                              (206) 553-7970