District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Aaron Chung,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DUSA PHARMACEUTICALS, INC., a New Jersey Corporation,<br><br>　　　　　　　　Defendant. | CASE NO. 16-CV-1614-JLR<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on:<br>August 12, 2020 |

**UNITED STATES' *EX PARTE* NOTICE OF INTERVENTION-IN-PART FOR PURPOSES OF EFFECTUATING SETTLEMENT AND DECLINATION-IN-PART AND APPLICATION FOR AN UNSEAL OF RELATOR'S COMPLAINT**

The United States, Defendant, and the Relator have concluded a final settlement to resolve the claims brought on behalf of the United States in this action. Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4) (FCA), the United States of America hereby notifies the Court of its decision to intervene in part for the purpose of settlement and to decline in part, and respectfully applies to the Court *ex parte* for an Order lifting the seal.

Specifically, the United States intervenes in this action with respect to the Covered Conduct, as defined in Paragraphs D and E of the Settlement Agreement. The United States declines

UNITED STATES' *EX PARTE* NOTICE
FOF INTERVENTION AND APPLICATION
FOR UNSEALING OF RELATOR'S COMPLAINT - 1
CASE NO. 16-CV-1614-JLR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  intervention with respect to all other claims alleged in this action apart from those based upon the
2  Covered Conduct.
3        Under the terms of the Settlement Agreement among the parties, following DUSA's payment
4  of the settlement amount, the United States and the Relator will file a Joint Stipulation of Dismissal
5  with respect to all claims brought on behalf of the United States.
6        In light of the Settlement Agreement reached among the parties, the United States does not
7  presently intend to file a complaint in intervention but reserves the right to seek leave to file such a
8  complaint in the event that DUSA does not pay the full settlement amount consistent with the terms
9  of the Settlement Agreement.
10        Accordingly, in the anticipation of the filing of a Stipulation of Dismissal, the United States
11  requests that this Court enter an Order, in the form herewith provided, which lifts the seal on the
12  Relator's Complaint, this Notice and Application, and all subsequent filings.
13        A proposed order accompanies this Notice and Application.
14  //
15  //

UNITED STATES' *EX PARTE* NOTICE
FOF INTERVENTION AND APPLICATION
FOR UNSEALING OF RELATOR'S COMPLAINT - 2
CASE NO. 16-CV-1614-JLR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 12th day of August, 2020.

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

BRIAN T. MORAN
United States Attorney

*s/ for Kayla Stahman*
KAYLA C. STAHMAN, CABA # 228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  kayla.stahman@usdoj.gov


JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
BREANNA L. PETERSON, NYBA# 5128202
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Phone: 202-305-3671
Fax: 202-305-7797
Email: breanna.l.peterson@usdoj.gov

UNITED STATES' *EX PARTE* NOTICE
FOF INTERVENTION AND APPLICATION
FOR UNSEALING OF RELATOR'S COMPLAINT - 3
CASE NO. 16-CV-1614-JLR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970