District Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Aaron Chung,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DUSA PHARMACEUTICALS, INC., a New Jersey Corporation,<br><br>　　　　　　　Defendant. | CASE NO. 16-CV-1614-JLR<br><br>**FILED UNDER SEAL**<br><br>**[PROPOSED] ORDER** |

The United States, pursuant to False Claims Act §§ 3730(b)(2) and (4), having intervened in part for the purpose of settlement in this action, and having requested that the Court lift the seal in this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to counsel for the Government and counsel for the Relator.

//

//

[PROPOSED] ORDER - 1
(CASE NO: 16-CV-1614-JLR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this _____ day of _____, 2020.

2

3

                                                JAMES L. ROBART
                                              United States District Judge

4

5    Presented by:

6

7    *[signature: Sam for Kayla Stahman]*
    KAYLA C. STAHMAN, CABA # 228931
    Assistant United States Attorney

8    United States Attorney's Office
    Western District of Washington

9    700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271

10   Phone: 206-553-7970
    Fax: 206-553-4073

11   E-mail: kayla.stahman@udsdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER - 2
(CASE NO: 16-CV-1614-JLR)
FILED UNDER SEAL