District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Aaron Chung, | CASE NO.  16-CV-1614-JLR |
| Plaintiff, | **ORDER** |
| v. | |
| DUSA PHARMACEUTICALS, INC., a New Jersey Corporation, | |
| Defendant. | |

The United States, pursuant to False Claims Act §§ 3730(b)(2) and (4), having intervened in

part for the purpose of settlement in this action, and having requested that the Court lift the seal in

this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to

counsel for the Government and counsel for the Relator.

//

//

ORDER - 1
(CASE NO: 16-CV-1614-JLR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 21st day of    August    , 2020.

2

3                                    _____
                                     JAMES L. ROBART
                                     United States District Judge
4

5    Presented by:

6

7    KAYLA C. STAHMAN, CABA # 228931
     Assistant United States Attorney
8    United States Attorney's Office
     Western District of Washington
9    700 Stewart Street, Suite 5220
     Seattle, WA  98101-1271
10   Phone:  206-553-7970
     Fax:  206-553-4073
11   E-mail:  kayla.stahman@udsdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER - 2
(CASE NO: 16-CV-1614-JLR)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970