The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Aaron Chung, <br><br> Plaintiff, <br><br> v. <br><br> DUSA PHARMACEUTICALS, INC., a New Jersey Corporation, <br><br> Defendant. | CASE NO. 16-CV-1614-JLR <br><br> ORDER DISMISSING COMPLAINT |

The Court, having considered the Stipulation of Dismissal filed by the United States and Relator Aaron Chung, it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. The Parties having agreed to a settlement of certain claims raised in this matter;

2. All of the claims set forth in the Complaint shall be dismissed against Defendant with prejudice to the Relator, and with prejudice to the United States to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement concluded among the United States, the Relator, and Defendant DUSA Pharmaceuticals, Inc., on August 12, 2020, but otherwise without prejudice to the United States; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

[PROPOSED] ORDER - 1
CASE NO: 16-CV-1614-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 18th day of September, 2020.

JAMES L. ROBART
United States District Judge

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CABA # 228931
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: kayla.stahman@udsdoj.gov


*s/ Breanna L. Peterson*
BREANNA L. PETERSON, NYBA# 5128202
Attorney, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Phone: 202-305-3671
Fax: 202-305-7797
Email: breanna.l.peterson@usdoj.gov


*s/ Stephen A. Teller*
STEPHEN A. TELLER, WSBA #23372
Teller & Associates, PLLC
1139 34th Avenue, Suite B
Seattle, WA 98122
Tel: (206) 324-8969
Steve@stellerlaw.com

[PROPOSED] ORDER - 2
CASE NO: 16-CV-1614-JLR